## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GABRIEL GIL<br>614 Moosic St., Apt. 1R<br>Scranton, PA 18505 | : <br> : <br> : <br> : | |
| Plaintiff, | : <br> : | JURY DEMANDED |
| v. | : <br> : | CASE NO. 2:21-cv-02979-JS |
| PENSKE TRUCK RENTAL<br>1240 Mid Valley Drive<br>Jessup, PA 18434 | : <br> : <br> : <br> : | |
| Defendant. | : <br> **:** | |

## STIPULATION OF DISMISSAL

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, and in consideration of a negotiated settlement executed by them, to the Dismissal with Prejudice of this action. All parties are to bear their own costs.

Respectfully submitted,

Date: October 5, 2021                    BY: /s/ Mary Lemieux-Fillery, Esquire
                                                        Mary Lemieux-Fillery, Esquire
                                                        Law Offices of Eric A. Shore, P.C.
                                                        Two Penn Center, Suite 1240
                                                        1500 John F. Kennedy Blvd.
                                                        Philadelphia, PA 19110
                                                        Attorney for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I, Mary Lemieux-Fillery, Esquire, counsel for Plaintiff, certify that on the below date, I

sent a true and correct copy of Notice of Dismissal Pursuant to F.R.Civ.P 41 via EDPA ECF

System to:

Christopher D. Durham, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
Attorney for Penske Truck Rental


<u> */s/ Mary Lemieux-Fillery, Esquire*</u>
**Mary LeMieux-Fillery, Esquire**
Associate Attorney
maryf@ericshore.com
Direct Dial: 267-546-0132


Date: <u>October 5, 2021</u>